UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV F 12-1984 LJO BAM |
| Petitioner, | **ORDER TO CLOSE ACTION** <br> (Doc. 6.) |
| vs. | |
| LINDA J. HAMPTON, | |
| Respondent. | |

Given inactivity and the absence of further matters before this Court, this Court DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **October 4, 2013**          **/s/ Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE

1